```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PRISCO NAJERA, et al.,                             :
                                                   :
                       Plaintiffs,                 :
                                                   :        12 Civ. 3133 (JMF)
        -v-                                        :
                                                   :        MEMORANDUM OPINION
1443 YORK GOTHAM PIZZA INC., et al.,               :           AND ORDER
                                                   :
                       Defendants.                 :
------------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: Apr 03, 2013

JESSE M. FURMAN, United States District Judge:

Plaintiff has filed a Motion for Class Certification and Notice. (Docket No. 16). Substantially for the reasons stated in Plaintiffs' Memorandum of Law and Reply Memorandum of Law in Support of the Motion (Docket Nos. 18 & 32), Plaintiffs' Motion is GRANTED, although the Court reserves judgment on the language of the Proposed Notice.

It is hereby ORDERED that by 5 p.m. today, Plaintiffs shall submit to the Court via email their Proposed Notice of Pendency, Proposed Consent to Join form, and Proposed Publication Order in Microsoft Word document format. The Court will address the language of the Proposed Notice at the conference scheduled for April 4, 2013.

It is further ORDERED that prior to the case management conference scheduled for April 4, 2013, the parties shall confer on a revised Case Management Plan in light of the conditional certification of the class, which shall be submitted to the Court via email no later than 12:00 p.m. on April 4, 2013.

The Clerk of Court is directed to terminate the Motion for Conditional Collective Certification. (Docket No. 16).

SO ORDERED.

Dated: April 3, 2013
       New York, New York

_____
JESSE M. FURMAN
United States District Judge