UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------- X
                               :

PRISCO NAJERA, ISRAEL FUENTES,      :      12cv3133 (DLC)
CRISTOBAL BRAVO, LEVI GALLARDO, LUGO  :      14cv4563 (DLC)
ROMANO, PABLO NAJERA, ELEUTERIO      :      15cv4069 (DLC)
ALONZO, JOSE LUIS ORTEGA, WILFREDO    :      15cv10062(DLC)
RAMIREZ, ANASATCIO ANTOLIN, LUIS      :
ANTONIO CANIZAL, FAUSTO RAMALES,      :       ORDER
FERNANDO ARRELLANOS, LUIS NAJERA,     :
ADALBERTO NAVARRO FLORES, AURELIANO   :
TAPIA, ISRAEL JUAREZ LUNA, RODOLFO    :
RUIZ BRIONES, MANUEL MONTIEL LOPEZ,   :
FERNANDO RODRIGUEZ, CLAUDIO ARIAS, and :
IVAN BENITEZ,                          :

               Plaintiffs,       :

       -v-                    :

144 NINTH GOTHAM PIZZA, INC., (d/b/a  :
GOTHAM PIZZA), 852 EIGHTH GOTHAM PIZZA :
INC., (d/b/a GOTHAM PIZZA), 1443 YORK  :
GOTHAM PIZZA INC., (d/b/a GOTHAM      :
PIZZA), 1667 FIRST GOTHAM PIZZA, INC., :
(d/b/a GOTHAM PIZZA), MICHAEL        :
SHAMAILOV, and LANA SHAMAILOV,       :
                          :

              Defendants.       :
                          :
-------------------------------------------- X


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/2016

DENISE COTE, DISTRICT JUDGE:

     On December 2, 2016, the Court entered final judgment in

these actions.  Accordingly, it is hereby

ORDERED that the plaintiffs' application for attorney's fees shall be submitted by December 16, 2016.  The defendants' opposition is due on January 13, 2017.  The plaintiffs' reply, if any, is due on January 27.

Dated:    New York, New York
          December 2, 2016


_____
               DENISE COTE
          United States District Judge

2