**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------
-X PRISCO NAJERA, ISRAEL FUENTES, CRISTOBAL BRAVO, LEVI GALLARDO, LUGO ROMANO, PABLO NAJERA, ELEUTERIO ALONZO, JOSE LUIS ORTEGA, WILFREDO RAMIREZ, ANASTACIO ANTOLIN, LUIS ANTONIO CANIZAL, FAUSTO RAMALES, FERNANDO ARRELLANOS, LUIS NAJERA, ADALBERTO NAVARRO FLORES, AURELIANO TAPIA, ISRAEL JUAREZ LUNA, RODOLFDO RUIZ BRIONES, MANUEL MONTIEL LOPEZ, FERNANDO RODRIGUEZ, CLAUDIO ARIAS, and IVAN BENITEZ,

12cv3133 (DLC)

14cv4563 (DLC)

15cv4069 (DLC)

15cv10062 (DLC)

**NOTICE OF MOTION**

*Plaintiffs*,

-against-

144 NINTH GOTHAM PIZZA, INC., (d/b/a GOTHAM PIZZA), 852 EIGHTH GOTHAM PIZZA INC., (d/b/a GOTHAM PIZZA), 1443 YORK GOTHAM PIZZA INC., (d/b/a GOTHAM PIZZA), 1667 FIRST GOTHAM PIZZA, INC., (d/b/a GOTHAM PIZZA), (d/b/a GOTHAM PIZZA), MICHAEL SHAMAILOV, and LANA SHAMAILOV,

*Defendants.*
---------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Joshua S. Androphy, the accompanying Memorandum of Law, and all the papers and proceedings had herein, Plaintiffs will move this Court, before the Honorable Denise L. Cote, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10070, on

- 2 -

a date to be determined by the Court, for an Order awarding Plaintiffs attorneys' fees and costs, as well as such further relief as the Court deems just and proper.

In accordance with the Court's order, Defendants will file any opposition on or before January 13, 2017, and Plaintiffs shall file a reply, if any, by January 27, 2017.

Dated:   New York, New York
         December 16, 2016

                                                MICHAEL FAILLACE & ASSOCIATES, P.C.

By:   /s/Joshua S. Androphy
      Joshua S. Androphy
      60 East 42nd Street, Suite 2540
      New York, New York 10165
      Telephone: (212) 317-1200
      Facsimile: (212) 317-1620
      *Attorneys for Plaintiffs*

TO:
Benjamin B. Xue, Esq.
Xue & Associates, P.C.
1001 Avenue of the Americas
11th Floor
New York, NY 10018