Carmen S. Barros
39 East 20th Street, FL9
New York, NY 10003
Tel: 917-562-0920

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/6/2016 | 5337 |

| BILL TO |
|---|
| Joshua Androphy
Michael Faillace & Associates, PC
60 East 42nd Street, Suite 2520
New York, New York 10165 |

| DUE DATE | P.O. NUMBER |
|---|---|
| 8/5/2016 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Private Certified | Date: July 5, 6, 7, 2106
For: Spanish <> English interpretation at trial
Case: Najera et al v. 144 Ninth Gotham Pizza Inc, 12-Cv-3133
Judge: Hon. Cote
Place: U. S. Southern District of New York Courthouse
Time: 9:00a.m.to 5:00p.m.
Fee: $750.00/day | 3 | 750.00 | 2,250.00 |

**Total** 2,250.00

***Marcia Gotler***
714 Greenwood Avenue
Brooklyn, NY 11218

September 27, 2016

## INVOICE

Joshua Androphy, Esq.
Michael Faillace & Associates, P.C.
60 E. 42nd Street
New York, New York 10165

Re:  Najera, et al., against 144 Ninth Gotham Pizza, Inc.
     12-Civ-3133

For Spanish interpreting at trial before Judge Cote in the Southern District of New York Courthouse, July 5-7, 2016.

3 days @ $750.00 ..................................................................$2250.00


Thank you



| Michael Faillace & Associates P.C. | | 191 |
|---|---|---|
| Mercedes Avalos | 8/23/2016 | |
| | | 750.00 |
| Client Trust Account | | 750.00 |

| Michael Faillace & Associates P.C. | | 191 |
|---|---|---|
| Mercedes Avalos | 8/23/2016 | |
| | | 750.00 |
| Client Trust Account | | 750.00 |

**PAYMENT RECORD**


10057/10057 674569 (7/15)


100571


Rev 2/14