```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
PRISCO NAJERA, ISRAEL FUENTES,             :
CRISTOBAL BRAVO, LEVI GALLARDO, LUGO       :   12cv3133  (DLC)
ROMANO, PABLO NAJERA, ELEUTERIO            :   14cv4563  (DLC)
ALONZO, JOSE LUIS ORTEGA, WILFREDO         :   15cv4069  (DLC)
RAMIREZ, ANASATCIO ANTOLIN, LUIS           :   15cv10062 (DLC)
ANTONIO CANIZAL, FAUSTO RAMALES,           :
FERNANDO ARRELLANOS, LUIS NAJERA,          :       ORDER
ADALBERTO NAVARRO FLORES, AURELIANO        :
TAPIA, ISRAEL JUAREZ LUNA, RODOLFO         :
RUIZ BRIONES, MANUEL MONTIEL LOPEZ,        :
FERNANDO RODRIGUEZ, CLAUDIO ARIAS, and     :
IVAN BENITEZ,                              :
                                           :
                        Plaintiffs,        :
                                           :
          -v-                              :
                                           :
144 NINTH GOTHAM PIZZA, INC., (d/b/a       :
GOTHAM PIZZA), 852 EIGHTH GOTHAM PIZZA     :
INC., (d/b/a GOTHAM PIZZA), 1443 YORK      :
GOTHAM PIZZA INC., (d/b/a GOTHAM           :
PIZZA), 1667 FIRST GOTHAM PIZZA, INC.,     :
(d/b/a GOTHAM PIZZA), MICHAEL              :
SHAMAILOV, and LANA SHAMAILOV,             :
                                           :
                        Defendants.        :
------------------------------------------ X
```

DENISE COTE, DISTRICT JUDGE:

The Court having issued a February 24, 2017 Opinion and Order in this action, the plaintiffs are hereby

ORDERED to submit a proposed order for attorneys' fees and costs consistent with the Court's February 24 Opinion by **March 10, 2017.**

SO ORDERED:

Dated:  New York, New York
        February 24, 2017

_____
DENISE COTE
United States District Judge