```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
PRISCO NAJERA, ISRAEL FUENTES,          :
CRISTOBAL BRAVO, LEVI GALLARDO, LUGO    :   12cv3133 (DLC)
ROMANO, PABLO NAJERA, ELEUTERIO         :   14cv4563 (DLC)
ALONZO, JOSE LUIS ORTEGA, WILFREDO      :   15cv4069 (DLC)
RAMIREZ, ANASATCIO ANTOLIN, LUIS        :   15cv10062(DLC)
ANTONIO CANIZAL, FAUSTO RAMALES,        :
FERNANDO ARRELLANOS, LUIS NAJERA,       :        ORDER
ADALBERTO NAVARRO FLORES, AURELIANO     :
TAPIA, ISRAEL JUAREZ LUNA, RODOLFO      :
RUIZ BRIONES, MANUEL MONTIEL LOPEZ,     :
FERNANDO RODRIGUEZ, CLAUDIO ARIAS, and  :
IVAN BENITEZ,                           :
                                        :
                    Plaintiffs,         :
                                        :
             -v-                        :
                                        :
144 NINTH GOTHAM PIZZA, INC., (d/b/a    :
GOTHAM PIZZA), 852 EIGHTH GOTHAM PIZZA  :
INC., (d/b/a GOTHAM PIZZA), 1443 YORK   :
GOTHAM PIZZA INC., (d/b/a GOTHAM        :
PIZZA), 1667 FIRST GOTHAM PIZZA, INC.,  :
(d/b/a GOTHAM PIZZA), MICHAEL           :
SHAMAILOV, and LANA SHAMAILOV,          :
                                        :
                    Defendants.         :
------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-4-17
```

DENISE COTE, DISTRICT JUDGE:

On October 2, the plaintiffs filed a letter indicating that the parties have agreed to a negotiated settlement in this litigation. The parties request that the Court approve the settlement and dismiss the above-captioned cases with prejudice. It is hereby

ORDERED that by October 6 at noon the plaintiffs shall file

a proposed order allowing the Court to identify the amounts to be awarded in attorneys' fees and costs from the $800,000 proposed settlement figure, identifying the dates on which those payments to counsel will be made, and setting forth the system for making distributions to individual plaintiffs from the settlement payments.

SO ORDERED:

Dated:    New York, New York
         October 4, 2017

                              _____
                                     DENISE COTE
                              United States District Judge