UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
PRISCO NAJERA, ISRAEL FUENTES,                  :
CRISTOBAL BRAVO, LEVI GALLARDO, LUGO             :    12cv3133 (DLC)
ROMANO, PABLO NAJERA, ELEUTERIO                  :    14cv4563 (DLC)
ALONZO, JOSE LUIS ORTEGA, WILFREDO               :    15cv4069 (DLC)
RAMIREZ, ANASTACIO ANTOLIN, LUIS                 :    15cv10062(DLC)
ANTONIO CANIZAL, FAUSTO RAMALES,                 :
FERNANDO ARRELLANOS, LUIS NAJERA,                :         ORDER
ADALBERTO NAVARRO FLORES, AURELIANO              :
TAPIA, ISRAEL JUAREZ LUNA, RODOLFO               :
RUIZ BRIONES, MANUEL MONTIEL LOPEZ,              :
FERNANDO RODRIGUEZ, CLAUDIO ARIAS, and            :
IVAN BENITEZ,                                    :
                                                 :
                    Plaintiffs,                  :
                                                 :
          -v-                                    :
                                                 :
144 NINTH GOTHAM PIZZA, INC., (d/b/a             :
GOTHAM PIZZA), 852 EIGHTH GOTHAM PIZZA           :
INC., (d/b/a GOTHAM PIZZA), 1443 YORK            :
GOTHAM PIZZA INC., (d/b/a GOTHAM                 :
PIZZA), 1667 FIRST GOTHAM PIZZA, INC.,           :
(d/b/a GOTHAM PIZZA), MICHAEL                    :
SHAMAILOV, and LANA SHAMAILOV,                   :
                                                 :
                    Defendants.                  :
---------------------------------------- X

DENISE COTE, DISTRICT JUDGE:

    On October 2, the plaintiffs filed a letter indicating that the parties have agreed to a negotiated settlement. The parties request that the Court approve the settlement agreement and dismiss the above-captioned cases with prejudice. The plaintiffs have collected $84,922.45 of the settlement payment of $800,000. Under the settlement agreement, the remaining

$715,077.55 will be paid in thirty-one installments.  It is hereby

ORDERED that the settlement payment of $800,000 is fair and reasonable, as is the schedule for payments by the defendants of that amount.

IT IS FURTHER ORDERED that plaintiffs' counsel are awarded $15,775.85 in costs and $184,224.15 in attorneys' fees, for a total of $200,000.

IT IS FURTHER ORDERED that the Marshal is awarded a total of $40,000.

IT IS FURTHER ORDERED that distributions of the settlement proceeds shall be made as follows: Plaintiffs' attorneys' costs of $15,775.85 and $50,000 in attorneys' fees shall be paid out of the $84,922.45 already collected.  Attorneys' fees of $20,000 shall be paid out of the thirteenth installment; attorneys' fees of $13,022.69 shall be paid out of the thirty-first installment.  The remaining amount owed in attorneys' fees shall be paid in equal amounts out of installments two through twelve and fourteen through thirty.

IT IS FURTHER ORDERED that the Marshal shall be paid $1,290.32 out of each installment.

IT IS FURTHER ORDERED that the plaintiffs will each be paid their pro rata share, proportional to their individual judgments, out of the remaining funds in each installment as

2

well as the $84,922.45 already collected.

    SO ORDERED:

Dated:    New York, New York
           October 13, 2017

                                      DENISE COTE
                            United States District Judge